| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  R & L HANDYMAN INC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  20-1387017

**4. Debtor's address**

Principal place of business

**1362 Summit Chase Drive**
**Lakeland, FL 33813**
Number, Street, City, State & ZIP Code

**Polk**
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **R & L HANDYMAN INC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

| Debtor | **R & L HANDYMAN INC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor   **R & L HANDYMAN INC**                                                                   Case number (*if known*)
                Name

      ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
      ■ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
      ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor **R & L HANDYMAN INC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 6, 2025**
MM / DD / YYYY

X **/s/ Elizabeth Perdue**            **Elizabeth Perdue**
Signature of authorized representative of debtor        Printed name

Title **Vice-President**

**18. Signature of attorney**

X **/s/ Matthew J Kovschak**          Date **May 6, 2025**
Signature of attorney for debtor              MM / DD / YYYY

**Matthew J Kovschak**
Printed name

**Sutton Law Firm**
Firm name

**325 W Main Street**
**Bartow, FL 33830**
Number, Street, City, State & ZIP Code

Contact phone **8635338912**    Email address **mjkovschak@aol.com**

**602876 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **R & L HANDYMAN INC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 6, 2025**    X **/s/ Elizabeth Perdue**
Signature of individual signing on behalf of debtor

**Elizabeth Perdue**
Printed name

**Vice-President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **R & L HANDYMAN INC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Apollo Funding<br>333 W Commercial St<br>3rd FL Suite 324<br>East Rochester, NY 14445 | | | Contingent<br>Unliquidated<br>Disputed | Unknown | Unknown | Unknown |
| CHTD Company<br>Post Office Box 2576<br>Springfield, IL 62708 | | | Contingent<br>Unliquidated | | | $0.00 |
| Citizens Bank & Trust<br>Post Office Box 7<br>Frostproof, FL 33843 | | | Unliquidated | | | $27,327.60 |
| Deere & Company<br>6400 N W 86th Street<br>Johnston, IA 50131 | | | | | | $1,748.31 |
| Ford Motor Credit<br>Post Office Box 650575<br>Dallas, TX 75265-0575 | | 2022 Ford F-150 | Unliquidated | $26,106.38 | Unknown | Unknown |
| Ford Motor Credit<br>Post Office Box 650575<br>Dallas, TX 75265-0575 | | 2022 Ford F-150 | | $25,658.40 | Unknown | Unknown |
| Ford Motor Credit<br>Post Office Box 650575<br>Dallas, TX 75265-0575 | | 2023 Ford F-250 | | $79,428.69 | Unknown | Unknown |

| Debtor | R & L HANDYMAN INC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101 | | | | | | $7,500.00 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101 | | | | | | $7,500.00 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101 | | | | | | $5,000.00 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101 | | | | | | $4,000.00 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101 | | | | | | $1,800.00 |
| Mulligan Funding LLC<br>4715 Viewridge Avenue<br>Suite 100<br>San Diego, CA 92123 | | | | | | $119,818.77 |
| On Deck Capital<br>901 N Stuart St<br>Floor 7<br>Arlington, VA 22203 | | | | Unknown | Unknown | Unknown |

# United States Bankruptcy Court
## Middle District of Florida

In re  **R & L HANDYMAN INC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice-President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 6, 2025**

**/s/ Elizabeth Perdue**  
**Elizabeth Perdue**/**Vice-President**  
Signer/Title

R & L HANDYMAN INC
1362 Summit Chase Drive
Lakeland, FL 33813

Ford Motor Credit
Post Office Box 650575
Dallas, TX 75265-0575

Matthew J Kovschak
Sutton Law Firm
325 W Main Street
Bartow, FL 33830

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101

6400 NW 86th Street
Randall, IA 50231

Mulligan Funding LLC
4715 Viewridge Avenue
Suite 100
San Diego, CA 92123

Apollo Funding
333 W Commercial St
3rd FL Suite 324
East Rochester, NY 14445

On Deck Capital
901 N Stuart St
Floor 7
Arlington, VA 22203

Babcock Scott
370 East South Temple, 4th F
Salt Lake City, UT 84411-1000

OnDeck
4700 W. Daybreak Pkwy.
Suite 200
NJ 08400-9000

CHTD Company
Post Office Box 2576
Springfield, IL 62708

Raymond & Elizabeth Perdue
1362 SUMMIT CHASE DR
Lakeland, FL 33813

Citizens Bank & Trust
Post Office Box 7
Frostproof, FL 33843

Corporation Service Co
Post Office Box 2576
Springfield, IL 62708

Deere & Company
6400 N W 86th Street
Johnston, IA 50131